DIV. "I"

SHARMAINE MALLET, on behalf of her minor child, BRIANNA MCCOY

**15TH JUDICIAL DISTRICT COURT**

VERSUS

**STATE OF LOUISIANA**

OFFICER JASON JEANS, OFFICER JAMIE MITCHELL, OFFICER LOGAN DUPLECHIEN AND CITY OF CARENCRO, through CARENCRO POLICE DEPARTMENT

**PARISH OF LAFAYETTE**

NUMBER 2019, 532 DIV. "I"

---

**PETITION FOR DAMAGES**

---

NOW INTO COURT, through undersigned counsel, comes SHARMAINE MALLET, on behalf of her minor child, Brianna McCoy, a person of the full age of majority and domiciled in the Parish of Lafayette, State of Louisiana, who respectfully represents as follows:

1.

The following parties are made defendants herein:

a. **OFFICER JASON JEANS**, an Officer of the Carencro Police Department of the full age of majority and domiciled in the Parish of Lafayette, named defendant in both his official and personal capacities;

b. **OFFICER JAMIE MITCHELL**, an Officer of the Carencro Police Department of the full age of majority and domiciled in the Parish of Lafayette, named defendant in both his official and personal capacities;

c. **OFFICER LOGAN DUPLECHIEN**, an Officer of the Carencro Police Department of the full age of majority and domiciled in the Parish of Lafayette, named defendant in both his official and personal capacities; and

d. **CITY OF CARENCRO, through CARENCRO POLICE DEPARTMENT**, a municipality organized and established in accordance with the Constitution and laws of the State of Louisiana.

2.

Brianna McCoy is the only child of Nathaniel McCoy, and as such, the person entitled to assert a survival action and wrongful death claim following the death of Nathaniel McCoy at the hands of the defendants as set forth hereinafter.


EXHIBIT A

3.

Sharmaine Mallet is the only surviving parent of the minor child, Brianna McCoy, and as such, the proper person to assert this claim on behalf of Brianna McCoy.

4.

On or about June 13, 2018 at approximately 10:30 p.m. Officer Jason Jeans, Officer Jamie Mitchell and Officer Logan Duplechien of the Carencro Police Department were dispatched to Guilbeau Road in reference to a disturbance.

5.

Upon arriving at the scene, the officers came into contact with Nathaniel McCoy, who was naked and incoherent, and obviously in an altered mental state.

6.

Officers Jeans, Mitchell and Duplechien all assisted in taking Nathaniel McCoy into custody by cuffing his hands behind his back and also cuffing his feet together at the ankles.

7.

Upon information and belief each of Officers Jeans, Mitchell and Duplechien on at least one occasion during the course of taking Nathaniel McCoy into custody.

8.

During the course of being taken into custody, Nathaniel McCoy was rendered unconscious and unresponsive.

9.

After handcuffing Nathaniel McCoy, Officers Jeans, Mitchell and Duplechien left him laying face down in the grass.

10.

Upon information and belief, Officers Jeans, Mitchell and Duplechien delayed and or completely failed to call an ambulance even though Nathaniel McCoy has been tasered multiple times and was unconscious and unresponsive.

11.

Nathaniel McCoy died as a direct result of the force employed on him by Officers Jeans, Mitchell and Duplechien in taking him into custody.

12.

At all material times Officers Jeans, Mitchell and Duplechien were acting under color of state law and within the course and scope of their employment as Officers of the Carencro Police Department.

13.

The above described conduct of the defendant officers constituted excessive use of force in violation of Nathaniel McCoy's rights as secured by the Constitution and laws of the United States and the State of Louisiana, entitling plaintiff to recover both compensatory and punitive damages pursuant to 42 USCA 1983 and 42 USCA 1988.

14.

Alternatively, Officers Jeans, Mitchell and Duplechien were not properly trained in the use of tasers and/or did not properly use their tasers during the course of taking Nathaniel McCoy into custody.

15.

The City of Carencro through the Carencro Police Department is vicariously liable for the misconduct and/or improper training of its employees, Officers Jeans, Mitchell and Duplechien.

16.

The conduct of the defendants caused Nathaniel McCoy physical pain and suffering, mental anguish and emotional distress, loss of life and medical expenses.

17.

The conduct of the defendants has caused Brianna McCoy mental anguish and emotional distress and also caused her to lose the love, support, guidance, affection, society and services of her father, Nathaniel McCoy.

18.

Plaintiff has been forced to retain the services of an attorney to prosecute this claim and has incurred and will continue to incur attorney fees and court costs.

**WHEREFORE**, the plaintiff, Sharmaine Mallet, on behalf of her minor daughter, Brianna McCoy, prays that after all due proceedings there be judgment rendered herein in favor of plaintiff and against the defendants, Officer Jason Jeans, Officer Jamie Mitchell, Officer Logan Duplechien and the City of Carencro through the Carencro Police

Department, for all damages recoverable by law, including punitive damages and attorney fees as provided for by 42 USCA 1983 and 42 USCA 1988, together with legal interest thereon from the date of judicial demand until paid in full, plus all costs of these proceedings and for all other general and equitable relief to which she may be entitled.

Respectfully submitted:

Peter T. Dudley, BRN 20538
Christopher D. Shows, BRN 20608
**PIERCE & SHOWS**
601 St. Joseph Street
Baton Rouge, Louisiana 70802
Telephone (225) 388-9574
Facsimile (225) 388-0081
E-Mail: pdudley@pierceandshows.com
E-Mail: cshows@pierceandshows.com

L. Richard Roy, III, BRN 17777
*Fletcher, Roy & Chenevert, LLC*
660 Government Street
Baton Rouge, Louisiana 70802-6117
Telephone (225) 888-8000
Facsimile (225) 387-3142
E-Mail: rroy@fletcherandroy.com

**SERVICE INFORMATION**

Please serve **Officer Jason Jeans**
Through his place of employment:

> Carencro Police Department
> 110 Centennial Drive
> Carencro, Louisiana 70520

Please serve **Officer Jason Mitchell**
Through his place of employment:

> Carencro Police Department
> 110 Centennial Drive
> Carencro, Louisiana 70520

Please serve **Officer Logan Duplechien**
Through his place of employment:

> Carencro Police Department
> 110 Centennial Drive
> Carencro, Louisiana 70520

Please serve **City of Carencro through the Carencro Police Department**, through:

> Mayor Glenn Brasseaux
> 210 East St. Peter T. Dudley Street
> Carencro, Louisiana 70520

FILED THIS _____1_____
DAY OF March, 20 19
_____
Deputy Clerk of Court

12968

LAFPC.CV.54632443
cc_mjcloteaux

Ordered by Atty.: PETER T DUDLEY

# CITATION

| | |
|---|---|
| SHARMAINE MALLET, ET AL | FIFTEENTH JUDICIAL DISTRICT COURT |
| VS | DOCKET NUMBER: C-20191330 I |
| JASON JEANS, ET AL | PARISH OF LAFAYETTE, LOUISIANA |

STATE OF LOUISIANA

TO: OFFICER JASON JEANS
THROUGH HIS PLACE OF EMPLOYMENT:
CARENCRO POLICE DEPARTMENT
110 CENTENNIAL DRIVE
CARENCRO, LA 70520

of the Parish of LAFAYETTE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
Witness the Honorable Judges of said Court, this MARCH 6, 2019.

_____
Deputy Clerk of Court
Lafayette Parish

*Additionally, you are hereby served with the following attached documents and ordered to comply with same:

PETITION FOR DAMAGES, INTERROGATORIES AND REQUESTS FOR PRODUCTION, VERIFICATIONS & REQUEST FOR NOTICE

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

RECEIVED
MAR 07 2019
Lafayette Parish
Sheriff Office

DATE SERVED: _____, 20____ TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE     MOVED ( )    NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____ MILEAGE $_____ TOTAL $_____
DEPUTY _____

Lafayette Parish Clerk of Court
Filed This Day

MAR 1 9 2019

_____
Deputy Clerk of Court

EXHIBIT B

**SHERIFF'S RETURN**
**LAFAYETTE PARISH SHERIFF'S OFFICE**

DATE SERVED 02-08-19   0848, 20___
SERVED _____
PERSONAL ( ) _____
DOMICILIARY ON ( ) _____
DEPARTMENTAL ON ☒ T. Dous
UNABLE TO LOCATE ( ) MOVED ( ) _____
OTHER REASON FOR UTL _____
COST: SERVICE 30   MILEAGE 0   TOTAL 30
DEPUTY Martha Thomas   17468

124168

LAFPC.CV.54632450
cc_mjcloteaux

Ordered by Atty.: PETER T DUDLEY

# CITATION

| SHARMAINE MALLET, ET AL | FIFTEENTH JUDICIAL DISTRICT COURT |
|---|---|
| VS | DOCKET NUMBER: C-20191330 I |
| JASON JEANS, ET AL | PARISH OF LAFAYETTE, LOUISIANA |

**STATE OF LOUISIANA**

TO: OFFICER JASON MITCHELL
THROUGH HIS PLACE OF EMPLOYMENT:
CARENCRO POLICE DEPARTMENT
110 CENTENNIAL DRIVE
CARENCRO, LA 70520

of the Parish of LAFAYETTE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

Witness the Honorable Judges of said Court, this MARCH 6, 2019.

_M Cloteaux_
Deputy Clerk of Court
Lafayette Parish

*Additionally, you are hereby served with the following attached documents and ordered to comply with same:

PETITION FOR DAMAGES, INTERROGATORIES AND REQUESTS FOR PRODUCTION, VERIFICATIONS & REQUEST FOR NOTICE

---

**SHERIFF'S RETURN**
**LAFAYETTE PARISH SHERIFF**

DATE SERVED: _____ 20 ___ TIME: _____
SERVED: _____
PERSONAL ( )
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE   MOVED ( )   NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $ _____ MILEAGE $ _____ TOTAL $ _____
DEPUTY _____

RECEIVED
MAR 07 2019
Lafayette Parish
Sheriff Office

Lafayette Parish Clerk of Court
Filed This Day

MAR 1 9 2019

_Martina O'Reaup_
Deputy Clerk of Court

EXHIBIT C

SHERIFF'S RETURN.
LAFAYETTE PARISH SHERIFF'S OFFICE

DATE SERVED 03-08-19  0848 , 20_____
SERVED _____
PERSONAL ( ) _____
DOMICILIARY ON ( )
DEPARTMENTAL ON (X) T. Dees
UNABLE TO LOCATE ( ) MOVED ( ) _____
OTHER REASON FOR UTL _____
COST: SERVICE 30 MILEAGE 15 TOTAL 45
DEPUTY Martin Thomas 12468

124168

Ordered by Atty.: PETER T DUDLEY

LAFPC.CV.54632468
cc_mjcloteaux

# CITATION

| SHARMAINE MALLET, ET AL | FIFTEENTH JUDICIAL DISTRICT COURT |
|---|---|
| VS | DOCKET NUMBER: C-20191330 I |
| JASON JEANS, ET AL | PARISH OF LAFAYETTE, LOUISIANA |

**STATE OF LOUISIANA**

TO: OFFICER LOGAN DUPLECHIEN
THROUGH HIS PLACE OF EMPLOYMENT:
CARENCRO POLICE DEPARTMENT
110 CENTENNIAL DRIVE
CARENCRO, LA 70520

of the Parish of LAFAYETTE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
Witness the Honorable Judges of said Court, this MARCH 6, 2019.

Deputy Clerk of Court
Lafayette Parish

*Additionally, you are hereby served with the following attached documents and ordered to comply with same:

PETITION FOR DAMAGES, INTERROGATORIES AND REQUESTS FOR PRODUCTION, VERIFICATIONS & REQUEST FOR NOTICE

---

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20____ TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE    MOVED ( )    NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____ MILEAGE $_____
DEPUTY _____

Lafayette Parish Clerk of Court
TOTAL Filed This Day

RECEIVED
MAR 07 2019
Lafayette Parish
Sheriff Office

MAR 19 2019

Deputy Clerk of Court

EXHIBIT D

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF'S OFFICE

DATE SERVED 3/8/19    0848 , 20\_\_\_
SERVED\_\_\_
PERSONAL ( )
DOMICILIARY ON ( )
DEPARTMENTAL ON ☒ Cain
UNABLE TO LOCATE ( ) MOVED ( )
OTHER REASON FOR UTL
COST: SERVICE 30 MILEAGE 0 TOTAL 30
DEPUTY Marks Thomas 12468

11196

Ordered by Atty.: PETER T DUDLEY

LAFPC.CV.54632476
cc_mjcloteaux

# CITATION

SHARMAINE MALLET, ET AL.

VS

JASON JEANS, ET AL.

FIFTEENTH JUDICIAL DISTRICT COURT

DOCKET NUMBER: C-20191330 I

PARISH OF LAFAYETTE, LOUISIANA

**STATE OF LOUISIANA**

TO: CITY OF CARENCRO
THROUGH THE CARENCRO POLICE DEPARTMENT
THROUGH: MAYOR GLENN BRASSEAUX
210 EAST ST PETER R DUDLEY STREET
CARENCRO, LA 70520

of the Parish of LAFAYETTE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
Witness the Honorable Judges of said Court, this MARCH 6, 2019.

Deputy Clerk of Court
Lafayette Parish

*Additionally, you are hereby served with the following attached documents and ordered to comply with same:

PETITION FOR DAMAGES, INTERROGATORIES AND REQUESTS FOR PRODUCTION, VERIFICATIONS & REQUEST FOR NOTICE

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: 3-8, 20 19 TIME: 8:45 PM
SERVED:
PERSONAL (✓) Glenn Brasseaux
DOMICILIARY ( ) ON
UNABLE TO LOCATE   MOVED ( )   NO SUCH ADDRESS ( )
OTHER REASON:
RECEIVED TOO LATE FOR SERVICE ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $ 30   MILEAGE $ 15   TOTAL $ 45
DEPUTY _____ 11196

RECEIVED
MAR 07 2019
Lafayette Parish
Sheriff Office

Lafayette Parish Clerk of Court
Filed This Day

MAR 14 2019

Martina Reaux
Deputy Clerk of Court


EXHIBIT E