

**PIERCE & SHOWS**
Attorneys & Counselors

February 26, 2019





Attention: Civil Filing
Clerk of Court
**15th Judicial District Court**
Post Office Box 2009
Lafayette, Louisiana 70502

New Suit
MB

RE:   *Sharmaine Mallet, on behalf of her minor child,*
      *Brianna McCoy vs. Officer Jason Jeans, Officer*
      *Jamie Mitchell, Officer Logan Duplechien and City*
      *of Carencro, through Carencro Police Department*
      NEW SUIT
      Our File No. 18-8197

2019 1330 I

DIV. "I"

Dear Sir/Madam:

Enclosed are the following:

a.   Original and five copies of a *Petition for Damages*;
b.   Original and five copies of *Interrogatories and Request for*
     *Production of Documents*; and
c.   Original and one copy of a *Request for Notice*.

Please file the original of each into the record, and return to us one copy of each ~Mailed
with your filing data stamped thereon.  A self-addressed, stamped envelope is enclosed   3-6-19
for your convenience.  The extra copies of each are to be served on the defendants.  Also   MC
enclosed please find our firm check in the amount of $725.00 payable to the 15th Judicial
District Court to cover the costs for processing the work.

Thank you for your attention to this matter, and for your courtesy and cooperation
extended.  Please let us know if anything further is required.

Very truly yours,

Peter T. Dudley

PTD/lw
Enclosures

cc:   Sharmaine Mallet
P:\M-P\Mallet, Sharmaine\Outgoing Correspondence\Filing ltr 022619.docx

PETER T. DUDLEY ● CHRISTOPHER D. SHOWS ● MORLEY C. DIMENT

OFFICE:  601 St. Joseph Street, Baton Rouge, LA 70802 ● TEL: (225) 388-9574 ● FAX: (225) 388-0081 ● ONLINE: www.pierceandshows.com

DIV. "I"



54443155

| | |
|---|---|
| SHARMAINE MALLET, on behalf of her minor child, BRIANNA MCCOY | 15TH JUDICIAL DISTRICT COURT |
| VERSUS | STATE OF LOUISIANA |
| OFFICER JASON JEANS, OFFICER JAMIE MITCHELL, OFFICER LOGAN DUPLECHIEN AND CITY OF CARENCRO, through CARENCRO POLICE DEPARTMENT | PARISH OF LAFAYETTE |
| | NUMBER 2019, 530 DIV. " I " |

---

### PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes SHARMAINE MALLET, on behalf of her minor child, Brianna McCoy, a person of the full age of majority and domiciled in the Parish of Lafayette, State of Louisiana, who respectfully represents, as follows:

1.

The following parties are made defendants herein:

a.   **OFFICER JASON JEANS**, an Officer of the Carencro Police Department of the full age of majority and domiciled in the Parish of Lafayette, named defendant in both his official and personal capacities;

b.   **OFFICER JAMIE MITCHELL**, an Officer of the Carencro Police Department of the full age of majority and domiciled in the Parish of Lafayette, named defendant in both his official and personal capacities;

c.   **OFFICER LOGAN DUPLECHIEN**, an Officer of the Carencro Police Department of the full age of majority and domiciled in the Parish of Lafayette, named defendant in both his official and personal capacities; and

d.   **CITY OF CARENCRO, through CARENCRO POLICE DEPARTMENT**, a municipality organized and established in accordance with the Constitution and laws of the State of Louisiana.

2.

Brianna McCoy is the only child of Nathaniel McCoy, and as such, the person entitled to assert a survival action and wrongful death claim following the death of Nathaniel McCoy at the hands of the defendants as set forth hereinafter.

3.

Sharmaine Mallet is the only surviving parent of the minor child, Brianna McCoy, and as such, the proper person to assert this claim on behalf of Brianna McCoy.

4.

On or about June 13, 2018 at approximately 10:30 p.m. Officer Jason Jeans, Officer Jamie Mitchell and Officer Logan Duplechien of the Carencro Police Department were dispatched to Guilbeau Road in reference to a disturbance.

5.

Upon arriving at the scene, the officers came into contact with Nathaniel McCoy, who was naked and incoherent, and obviously in an altered mental state.

6.

Officers Jeans, Mitchell and Duplechien all assisted in taking Nathaniel McCoy into custody by cuffing his hands behind his back and also cuffing his feet together at the ankles.

7.

Upon information and belief each of Officers Jeans, Mitchell and Duplechien on at least one occasion during the course of taking Nathaniel McCoy into custody.

8.

During the course of being taken into custody, Nathaniel McCoy was rendered unconscious and unresponsive.

9.

After handcuffing Nathaniel McCoy, Officers Jeans, Mitchell and Duplechien left him laying face down in the grass.

10.

Upon information and belief, Officers Jeans, Mitchell and Duplechien delayed and or completely failed to call an ambulance even though Nathaniel McCoy has been tasered multiple times and was unconscious and unresponsive.

11.

Nathaniel McCoy died as a direct result of the force employed on him by Officers Jeans, Mitchell and Duplechien in taking him into custody.

12.

At all material times Officers Jeans, Mitchell and Duplechien were acting under color of state law and within the course and scope of their employment as Officers of the Carencro Police Department.

13.

The above described conduct of the defendant officers constituted excessive use of force in violation of Nathaniel McCoy's rights as secured by the Constitution and laws of the United States and the State of Louisiana, entitling plaintiff to recover both compensatory and punitive damages pursuant to 42 USCA 1983 and 42 USCA 1988.

14.

Alternatively, Officers Jeans, Mitchell and Duplechien were not properly trained in the use of tasers and/or did not properly use their tasers during the course of taking Nathaniel McCoy into custody.

15.

The City of Carencro through the Carencro Police Department is vicariously liable for the misconduct and/or improper training of its employees, Officers Jeans, Mitchell and Duplechien.

16.

The conduct of the defendants caused Nathaniel McCoy physical pain and suffering, mental anguish and emotional distress, loss of life and medical expenses.

17.

The conduct of the defendants has caused Brianna McCoy mental anguish and emotional distress and also caused her to lose the love, support, guidance, affection, society and services of her father, Nathaniel McCoy.

18.

Plaintiff has been forced to retain the services of an attorney to prosecute this claim and has incurred and will continue to incur attorney fees and court costs.

WHEREFORE, the plaintiff, Sharmaine Mallet, on behalf of her minor daughter, Brianna McCoy, prays that after all due proceedings there be judgment rendered herein in favor of plaintiff and against the defendants, Officer Jason Jeans, Officer Jamie Mitchell, Officer Logan Duplechien and the City of Carencro through the Carencro Police

Department, for all damages recoverable by law, including punitive damages and attorney fees as provided for by 42 USCA 1983 and 42 USCA 1988, together with legal interest thereon from the date of judicial demand until paid in full, plus all costs of these proceedings and for all other general and equitable relief to which she may be entitled.

Respectfully submitted:

Peter T. Dudley, BRN 20538
Christopher D. Shows, BRN 20608
*PIERCE & SHOWS*
601 St. Joseph Street
Baton Rouge, Louisiana 70802
Telephone (225) 368-9574
Facsimile (225) 388-0081
E-Mail: pdudley@pierceandshows.com
E-Mail: cshows@pierceandshows.com

L. Richard Roy, III, BRN 17777
*Fletcher, Roy & Chenevert, LLC*
660 Government Street
Baton Rouge, Louisiana 70802-6117
Telephone (225) 888-8000
Facsimile (225) 387-3142
E-Mail: rroy@fletcherandroy.com

**SERVICE INFORMATION**

Please serve **Officer Jason Jeans**
Through his place of employment:

Carencro Police Department
110 Centennial Drive
Carencro, Louisiana 70520

Please serve **Officer Jason Mitchell**
Through his place of employment:

Carencro Police Department
110 Centennial Drive
Carencro, Louisiana 70520

Please serve **Officer Logan Duplechien**
Through his place of employment:

Carencro Police Department
110 Centennial Drive
Carencro, Louisiana 70520

Please serve **City of Carencro** through the
**Carencro Police Department**, through:

Mayor Glenn Brasseaux
210 East St. Peter T. Dudley Street
Carencro, Louisiana 70520

FILED THIS _____
DAY OF _March__, 20_19_

Deputy Clerk of Court

54443197

SHARMAINE MALLET, on behalf of
her minor child, BRIANNA MCCOY

VERSUS

OFFICER JASON JEANS, OFFICER
JAMIE MITCHELL, OFFICER LOGAN
DUPLECHIEN AND CITY OF CARENCRO,
through CARENCRO POLICE
DEPARTMENT

15TH JUDICIAL DISTRICT COURT

STATE OF LOUISIANA

PARISH OF LAFAYETTE

NUMBER _____ DIV. "_____"

20191330

### INTERROGATORIES and
### REQUESTS FOR PRODUCTION

These Interrogatories and Requests for Production are propounded by SHARMAINE

MALLET, on behalf of her minor child, BRIANNA MCCOY, to be answered by defendants,

OFFICER JASON JEANS, OFFICER JAMIE MITCHELL, OFFICER LOGAN DUPLECHIEN AND

CITY OF CARERCRO through CARENCRO POLICE DEPARTMENT, within the time limits

allowed by State law, such Interrogatories and Requests for Production be deemed continuing

pursuant to the fullest extent allowed by the Louisiana Code of Civil Procedure.

## I. DEFINITIONS

Unless otherwise indicated, as used herein:

1.    "Defendant" (or "Defendants") shall mean OFFICER JASON JEANS, OFFICER
JAMIE MITCHELL, OFFICER LOGAN DUPLECHIEN AND CITY OF CARENCRO
through CARENCRO POLICE DEPARTMENT, and shall also mean any of their
past and present employees, agents, or representatives of same, and all persons
acting or purporting to act on behalf of same for any purpose whatsoever.

2.    "Document" or "Record" shall mean all written, printed, typed, recorded or graphic
matter of every type and description, however and by whomever prepared,
produced or reproduced, disseminated or made, in any form now or formerly in the
possession, custody or control of the defendants, including but not limited to
letters, correspondence, telegrams, telexes, memoranda, records, minutes,
contracts, agreements, intra- and interoffice communications, microfilms, bulletins,
circulars, pamphlets, studies, reports, notices, diaries, summaries, books,
messages, instructions, work compilations and computer runs, worksheets,
statistics, speeches, tapes, tape recordings, press releases, public statements and
public announcements, public and governmental filings, financial statements,
opinions, and other writings and other magnetic, photographic, electronic, and
sound recordings.

3.    "Identify" or "Identity" shall mean, with respect to an individual, his name, telephone
number(s), last known residence address and last known business address.
"Identify" or "Identity" shall mean, with respect to a corporation, partnership, joint
venture, or other business entity, its name and last known business address, and
telephone number(s).

4.    "All" shall mean "any" and vice versa.

5.    "Relating to" (or a form thereof) shall mean constituting, reflecting, respecting,
supporting, contradicting, referring to, stating, describing, noting, embodying,
containing, mentioning, studying, analyzing, discussing, evaluating, or relevant to.

6.    "Communication" shall mean any transmission of information, the information
transmitted, and any process by which information is transmitted, and shall include
written communications and oral communications.

1

## II. INTERROGATORIES TO BE ANSWERED

1.

Please state the full name and address of each and every person making answers to these Interrogatories; and if more than one person answers or assists in answering these Interrogatories, please state the number of the interrogatory which was answered or assisted in being answered by each such person.

2.

Please state the name, job title, employer, telephone number, and address of all persons known or believed to have firsthand knowledge of the facts and circumstances of the incident complained of in the Petition heretofore filed in the above-captioned matter, or of events leading up to or following.

3.

Did you or anyone acting on your behalf obtain a written, recorded, or oral statement from any person known or believed to have firsthand knowledge of the facts and circumstances of the incident complained of in the Petition heretofore filed in the above-captioned matter, or of events leading up to or following? If so, indicate each type of statement obtained, by whom it was taken, the address of the person taking it, the date it was taken, and whether it was signed by the party making the statement.

4.

If you have any defenses to the allegations asserted in plaintiff's Petition, please state:

a.     The facts upon which these defenses are based;

b.     The documents upon which you rely to support these defenses;

c.     The witnesses upon whom you rely to support these defenses, giving name and address of each;

d.     The expert upon whom you rely to support these defenses, giving name, address, and area of expertise of each.

5.

Do you contend that the incident made the basis of this lawsuit was, or may have been caused in part, or in whole, by the fault of anyone other than Nathaniel McCoy, yourself, or those whom you represent? If so, please state:

a.     The name of each person involved;

b.     In general, what each other person did that you contend was negligent.

6.

For each expert who has, or claims to have, knowledge of facts pertaining to any issue in this lawsuit, or for each person in your employment whom you consider to be such an expert, state:

a.     Name, address, and job classification;

2

b.   Field of competency;

c.   Whether a written report was prepared; and if so, the date of each such report or reports;

d.   The title, author, publisher, and date of publication of the treatises or other publications which each expert considers authoritative for his field of competency.

7.

State your version of the incident or incidents made the basis of this lawsuit.

8.

Were any photographs made of any aspect of this incident?  If so, who has possession of such photographs?

9.

Are the defendants, their employees, agents, servants, and/or representatives aware of any telephone recordings that have been made of any conversation of any witness or witnesses to this case?  If so, please state:

a.   The name of the person making such recordings;

b.   The person recorded;

c.   The date of such recording;

d.   Whether the recording has been transcribed; and if so, who has the transcription.

10.

Please state the full name, address and telephone number of each and every witness, whether lay witness, expert, physician, direct or rebuttal witness, which you intend or may consider calling at the trial on the merits of this matter.  In connection with your answer, please, in general terms, state the facts or opinions to which each witness is expected to testify.

11.

Please list with particularity each and every tangible thing, whether document, photograph, video tape, physical item of evidence, or otherwise, which you intend to or may consider introducing as evidence at the trial on the merits of this matter.

12.

If you, OFFICERS JASON JEANS, JAMIE MITCHELL OR LOGAN DUPLECHIEN, have ever been involved in any civil litigation, other than this action, or any criminal action, state the title, court, and docket number of each civil and/or criminal action, and the nature of the litigation.

13.

Are the tasers furnished to Officers of the Carencro Police Department equipped with the CAM HD accessory.

3

14.

Were any tasers deployed in the "drive-stun" mode in connection with the incident that forms the basis of this lawsuit.

15.

Please describe all Carencro Police Department policies and procedures governing the deployment of tasers.

### III. DOCUMENTS TO BE PRODUCED

1.

Please produce a copy of any and all written, recorded, or oral statements given by anyone having knowledge of the facts which made the basis of the subject lawsuit involving the plaintiff.

2.

Please produce legible copies of each and every exhibit which defendants may or will introduce at trial of this matter, including but not limited to photographs, video tapes (surveillance or otherwise), documentary evidence, physical items, models, displays, tangible things or evidence of any other sort which pertains to the subject matter of this litigation.

3.

Please produce copies of all audio/visual recordings, including dash cameras, body cameras, and taser recordings of the incident that forms the basis of this lawsuit.

4.

Please produce copies of all reports prepared in connection with the incident that forms the basis of this lawsuit, including incident reports and internal investigation reports.

5.

Please produce copies of all internal processing data and/or chip data downloads for tasers that were deployed by Officers of the Carencro Police Department in connection with the incident that forms the basis of this lawsuit.

6.

Please produce copies of your use of force policies and procedures.

7.

Please produce copies of all training materials related to the use of tasers.

8.

Please produce copies of all manufacture/product guidelines and/or warnings you received from the manufacturer upon purchase of tasers used in connection with the incident that forms the basis of this lawsuit.

4

9.

Please produce copies·of all Carencro Police Department radio logs/communication recordings from June 13, 2018 from 9:00 p.m. until 12:00 a.m.

10.

Consistent with LA C.C.P. Art. 1458, the attached Affidavits, signed and notarized.

These Interrogatories and Requests for Production are deemed to be continuing so as to require additional answers or responses should additional information or documents become available to defendants in the future, and the information sought is for information and documents known to or available to defendants or obtainable by defendants.

Respectfully submitted:

Peter T. Dudley, BRN 20538
Christopher D. Shows, BRN 20608
**Pierce and Shows, APLC**
601 St. Joseph Street
Baton Rouge, Louisiana 70802
Telephone (225) 388-9574
Facsimile (225) 388-9574
E-Mail: pdudley@pierceandshows.com
E-Mail: cshows@pierceandshows.com

L. Richard Roy, III, BRN 17777
**Fletcher, Roy & Chenevert, LLC**
660 Government Street
Baton Rouge, Louisiana 70802-6117
Telephone (225) 888-8000
Facsimile (225) 387-3142
E-Mail: rroy@fletcherandroy.com

**PLEASE SERVE WITH THE PETITION ON ALL DEFENDANTS.**

FILED THIS _____1_____
DAY OF __March__, 20 _19_
_M Cotrau?_
Deputy Clerk of Court

5

SHARMAINE MALLET, on behalf of
her minor child, BRIANNA MCCOY

15TH JUDICIAL DISTRICT COURT

VERSUS

STATE OF LOUISIANA

OFFICER JASON JEANS, OFFICER
JAMIE MITCHELL, OFFICER LOGAN
DUPLECHIEN AND CITY OF CARENCRO,
through CARENCRO POLICE
DEPARTMENT

PARISH OF LAFAYETTE

NUMBER _____ DIV. "_"

---

### VERIFICATION

---

STATE OF LOUISIANA

PARISH/COUNTY OF _____

     BEFORE ME, the undersigned Notary Public, personally came and appeared:

_____

who after being duly sworn did depose and say that he is the person who provided the information

contained in the above and foregoing discovery responses and who did take oath and says that

he has read the foregoing Answers to Interrogatories and Responses to Requests for Production

of Documents and that the matters and things contained therein are true and correct to the best

of his knowledge, information and belief, and subscribes his name hereto in certification thereof.

_____
JASON JEANS

     SWORN TO AND SUBSCRIBED before me, Notary Public, this _____ day of ____

_____, 2019.

_____
NOTARY PUBLIC

My Commission Expires _____

NOTARY SEAL

6

54443270

| SHARMAINE MALLET, on behalf of her minor child, BRIANNA MCCOY | 15TH JUDICIAL DISTRICT COURT |
| VERSUS | STATE OF LOUISIANA |
| OFFICER JASON JEANS, OFFICER JAMIE MITCHELL, OFFICER LOGAN DUPLECHIEN AND CITY OF CARENCRO, through CARENCRO POLICE DEPARTMENT | PARISH OF LAFAYETTE |
| | NUMBER _____ DIV. "_" |

*VERIFICATION*

STATE OF LOUISIANA

PARISH/COUNTY OF _____

    BEFORE ME, the undersigned Notary Public, personally came and appeared:

_____

who after being duly sworn did depose and say that he is the person who provided the information contained in the above and foregoing discovery responses and who did take oath and says that he has read the foregoing Answers to Interrogatories and Responses to Requests for Production of Documents and that the matters and things contained therein are true and correct to the best of his knowledge, information and belief, and subscribes his name hereto in certification thereof.

_____
JAMIE MITCHELL

    SWORN TO AND SUBSCRIBED before me, Notary Public, this _____ day of ____

_____, 2019.

_____
NOTARY PUBLIC

My Commission Expires _____

NOTARY SEAL

7

54443312

SHARMAINE MALLET, on behalf of
her minor child, BRIANNA MCCOY

15TH JUDICIAL DISTRICT COURT

VERSUS

STATE OF LOUISIANA

OFFICER JASON JEANS, OFFICER
JAMIE MITCHELL, OFFICER LOGAN
DUPLECHIEN AND CITY OF CARENCRO,
through CARENCRO POLICE
DEPARTMENT

PARISH OF LAFAYETTE

NUMBER _____ DIV. "_"

---

*VERIFICATION*

---

STATE OF LOUISIANA

PARISH/COUNTY OF _____

    BEFORE ME, the undersigned Notary Public, personally came and appeared:

_____

who after being duly sworn did depose and say that he is the person who provided the information

contained in the above and foregoing discovery responses and who did take oath and says that

he has read the foregoing Answers to Interrogatories and Responses to Requests for Production

of Documents and that the matters and things contained therein are true and correct to the best

of his knowledge, information and belief, and subscribes his name hereto in certification thereof.

_____
LOGAN DUPLECHIEN

    SWORN TO AND SUBSCRIBED before me, Notary Public, this _____ day of ____

_____, 2019.

_____
NOTARY PUBLIC

My Commission Expires _____

NOTARY SEAL

8



54443353

| | |
|---|---|
| SHARMAINE MALLET, on behalf of her minor child, BRIANNA MCCOY | 15TH JUDICIAL DISTRICT COURT |
| **VERSUS** | **STATE OF LOUISIANA** |
| OFFICER JASON JEANS, OFFICER JAMIE MITCHELL, OFFICER LOGAN DUPLECHIEN AND CITY OF CARENCRO, through CARENCRO POLICE DEPARTMENT | **PARISH OF LAFAYETTE**<br>2019 133D<br>NUMBER _____ DIV. "_____" |

---

*REQUEST FOR NOTICE*

---

TO:   CLERK OF THE FIFTEENTH JUDICIAL DISTRICT
      IN AND FOR LAFAYETTE PARISH

Please take notice that the LAW FIRM OF PIERCE & SHOWS, attorneys for the Plaintiff, SHARMAINE MALLET, on behalf of her minor child, BRIANNA MCCOY, does hereby request written notice of the date of trial of the above matter, as well as notice of hearings (whether on the merits or otherwise), orders, judgments and interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge or any member of Court, in accordance with the provisions of Louisiana Code of Civil Procedure Articles 1572, 1913 and 1914.

Respectfully submitted:

Peter T. Dudley, BRN 20538
Christopher D. Shows, BRN 20608
*PIERCE & SHOWS*
601 St. Joseph Street
Baton Rouge, Louisiana 70802
Telephone (225) 388-9574
Facsimile (225) 388-0081
E-Mail: pdudley@pierceandshows.com
E-Mail: cshows@pierceandshows.com

L. Richard Roy, III, BRN 17777
*Fletcher, Roy & Chenevert, LLC*
660 Government Street
Baton Rouge, Louisiana 70802-6117
Telephone (225) 888-8000
Facsimile (225) 387-3142
E-Mail: rroy@fletcherandroy.com

FILED THIS ___1___
DAY OF __March__, 20__19__
Deputy Clerk of Court

LAFPC.CV.54632443
cc_mjclotenaux

Ordered by Atty.: PETER T DUDLEY

# CITATION

| | |
|---|---|
| SHARMAINE  MALLET, ET AL | FIFTEENTH JUDICIAL DISTRICT COURT |
| VS | DOCKET NUMBER: C-20191330 I |
| JASON  JEANS, ET AL | PARISH OF LAFAYETTE, LOUISIANA |

STATE OF LOUISIANA

TO:   OFFICER JASON JEANS
        THROUGH HIS PLACE OF EMPLOYMENT:
        CARENCRO POLICE DEPARTMENT
        110 CENTENNIAL DRIVE
        CARENCRO,  LA 70520

of the Parish of LAFAYETTE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits).  You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof.  Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
Witness the Honorable Judges of said Court, this MARCH 6, 2019.

_M Clotiau_
Deputy Clerk of Court
Lafayette Parish

*Additionally, you are hereby served with the following attached documents and ordered to comply with same:

PETITION FOR DAMAGES, INTERROGATORIES AND REQUESTS FOR PRODUCTION, VERIFICATIONS & REQUEST FOR NOTICE

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____     TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE          MOVED ( )          NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE  ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____     MILEAGE $_____     TOTAL $_____
DEPUTY _____

LAFPC.CV.54632450
cc_mjcloteaux

Ordered by Atty.: PETER T DUDLEY

# CITATION

| | |
|---|---|
| SHARMAINE MALLET, ET AL | FIFTEENTH JUDICIAL DISTRICT COURT |
| VS | DOCKET NUMBER: C-20191330 I |
| JASON JEANS, ET AL | PARISH OF LAFAYETTE, LOUISIANA |

**STATE OF LOUISIANA**

TO:   **OFFICER JASON MITCHELL
THROUGH HIS PLACE OF EMPLOYMENT:
CARENCRO POLICE DEPARTMENT
110 CENTENNIAL DRIVE
CARENCRO,  LA 70520**

of the Parish of LAFAYETTE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits).  You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof.  Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

Witness the Honorable Judges of said Court, this MARCH 6, 2019.

_____
Deputy Clerk of Court
Lafayette Parish

*Additionally, you are hereby served with the following attached documents and ordered to comply with same:

**PETITION FOR DAMAGES, INTERROGATORIES AND REQUESTS FOR PRODUCTION, VERIFICATIONS & REQUEST FOR NOTICE**

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: _____ , 20_____   TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE        MOVED ( )        NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE  (   )
SERVICE OF WITHIN PAPERS
COSTS FEE $ _____   MILEAGE $_____   TOTAL $ _____
DEPUTY _____

LAFPC.CV.54632468
cc_mjcloteaux

Ordered by Atty.: PETER T DUDLEY

# CITATION

SHARMAINE  MALLET, ET AL                    **FIFTEENTH JUDICIAL DISTRICT COURT**

VS                                          **DOCKET NUMBER: C-20191330 I**

JASON  JEANS, ET AL                         **PARISH OF LAFAYETTE, LOUISIANA**

STATE OF LOUISIANA

TO:   OFFICER LOGAN DUPLECHIEN
      THROUGH HIS PLACE OF EMPLOYMENT:
      CARENCRO POLICE DEPARTMENT
      110 CENTENNIAL DRIVE
      CARENCRO,  LA 70520

                                of the Parish of LAFAYETTE

      You are hereby cited to comply with the demand contained in the petition, a certified copy of which
accompanies this citation, (exclusive of exhibits).  You should file an answer or other pleading to said petition
in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish
Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof.  Alternatively, your
failure to comply herewith will subject you to the penalty of entry of default judgment against you.
      Witness the Honorable Judges of said Court, this MARCH 6, 2019.

                                        M Cloteaux
                                        Deputy Clerk of Court
                                        Lafayette Parish

*Additionally, you are hereby served with the following attached documents and ordered to comply with
same:

PETITION FOR DAMAGES, INTERROGATORIES AND REQUESTS FOR PRODUCTION,
VERIFICATIONS & REQUEST FOR NOTICE

                          SHERIFF'S RETURN
                          LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____  TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE          MOVED ( )          NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE  (   )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____  MILEAGE $_____  TOTAL $_____
DEPUTY _____

LAFPC.CV.54632476
cc_mieloteaux

Ordered by Atty.:  PETER T DUDLEY

# CITATION

SHARMAINE  MALLET, ET AL

VS

JASON  JEANS, ET AL

FIFTEENTH JUDICIAL DISTRICT COURT

DOCKET NUMBER: C-20191330 I

PARISH OF LAFAYETTE, LOUISIANA

STATE OF LOUISIANA

TO:  CITY OF CARENCRO
     THROUGH THE CARENCRO POLICE DEPARTMENT
     THROUGH: MAYOR GLENN BRASSEAUX
     210 EAST ST PETER R DUDLEY STREET
     CARENCRO,  LA 70520

of the Parish of LAFAYETTE

        You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits).  You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof.  Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
        Witness the Honorable Judges of said Court, this MARCH 6, 2019.

                                         M Clotiaup

                                         Deputy Clerk of Court
                                         Lafayette Parish

*Additionally, you are hereby served with the following attached documents and ordered to comply with same:

PETITION FOR DAMAGES, INTERROGATORIES AND REQUESTS FOR PRODUCTION,
VERIFICATIONS & REQUEST FOR NOTICE

                            SHERIFF'S RETURN
                         LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____  TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE          MOVED ( )        NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE  (  )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____    MILEAGE $_____    TOTAL $ _____
DEPUTY _____

11919

Ordered by Atty.:  PETER T DUDLEY



LAFPC.CV.54632476
cc_mjcloteaux

# CITATION

SHARMAINE MALLET, ET AL.                    FIFTEENTH JUDICIAL DISTRICT COURT

VS                                          DOCKET NUMBER: C-20191330 I

JASON JEANS, ET AL                          PARISH OF LAFAYETTE, LOUISIANA

STATE OF LOUISIANA

TO:   CITY OF CARENCRO
      THROUGH THE CARENCRO POLICE DEPARTMENT
      THROUGH: MAYOR GLENN BRASSEAUX
      210 EAST ST PETER R DUDLEY STREET
      CARENCRO,  LA 70520

                          of the Parish of LAFAYETTE

        You are hereby cited to comply with the demand contained in the petition, a certified copy of which
accompanies this citation, (exclusive of exhibits).  You should file an answer or other pleading to said petition
in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish
Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof.  Alternatively, your
failure to comply herewith will subject you to the penalty of entry of default judgment against you.
        Witness the Honorable Judges of said Court, this MARCH 6, 2019.

                                            _____
                                            Deputy Clerk of Court
                                            Lafayette Parish

*Additionally, you are hereby served with the following attached documents and ordered to comply with
same:

PETITION FOR DAMAGES, INTERROGATORIES AND REQUESTS FOR PRODUCTION,
VERIFICATIONS & REQUEST FOR NOTICE

                    SHERIFF'S RETURN
                    LAFAYETTE PARISH SHERIFF

DATE SERVED: _____ 3 - 8 ___, 20 19 __ TIME: 8:45am
SERVED: _____
PERSONAL ( ) __ Glenn Brasseaux _____            RECEIVED
DOMICILIARY ( ) ON _____              MAR 07 2019
UNABLE TO LOCATE ____ MOVED ( )  NO SUCH ADDRESS ( )  Lafayette Parish
OTHER REASON: _____                Sheriff Office
RECEIVED TOO LATE FOR SERVICE  (  )
SERVICE OF WITHIN PAPERS
COSTS FEE $ 30 ___ MILEAGE $ 15 ____ TOTAL $ 45 ___ Lafayette Parish Clerk of Court
DEPUTY _____ 11196 _____              Filed This Day

                                                     MAR 14 2019

X _____                    _____
                                              Deputy Clerk of Court

124168

|| |||||| ||| ||||| ||||| |||| |||| |||| |||| |||| |||| ||| |||
LAFPC.CV.54632450
cc_mjeloteaux

Ordered by Atty.: PETER T DUDLEY

# CITATION

| SHARMAINE  MALLET, ET AL | FIFTEENTH JUDICIAL DISTRICT COURT |
|---|---|
| VS | DOCKET NUMBER: C-20191330 I |
| JASON JEANS, ET AL | PARISH OF LAFAYETTE, LOUISIANA |

## STATE OF LOUISIANA

TO:   OFFICER JASON MITCHELL
      THROUGH HIS PLACE OF EMPLOYMENT:
      CARENCRO POLICE DEPARTMENT
      110 CENTENNIAL DRIVE
      CARENCRO,  LA 70520

of the Parish of LAFAYETTE

     You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits).  You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof.  Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
     Witness the Honorable Judges of said Court, this MARCH 6, 2019.

M Cooliaucy
Deputy Clerk of Court
Lafayette Parish

*Additionally, you are hereby served with the following attached documents and ordered to comply with same:

PETITION FOR DAMAGES, INTERROGATORIES AND REQUESTS FOR PRODUCTION, VERIFICATIONS & REQUEST FOR NOTICE

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20____   TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE _____ MOVED ( )   NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE   ( )     :
SERVICE OF WITHIN PAPERS
COSTS FEE $_____   MILEAGE $_____   TOTAL $_____
DEPUTY _____

RECEIVED
MAR 07 2019
Lafayette Parish
Sheriff Office

Lafayette Parish Clerk of Court
Filed This Day

MAR 1 9 2019

Martina Dkaup
Deputy Clerk of Court

SHERIFF'S RETURN.
LAFAYETTE PARISH SHERIFF'S OFFICE

DATE SERVED 03-08-19   0848 , 20
SERVED
PERSONAL ( )
DOMICILIARY ON ( )
DEPARTMENTAL ON ☒ T. Delia
UNABLE TO LOCATE ( ) MOVED ( )
OTHER REASON FOR UTL
COST: SERVICE 30 MILEAGE 15 TOTAL 45
DEPUTY Martin Thomas 17468

12468

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
LAFPC.CV.54632443
cc_mjcloteaux

Ordered by Atty.:  PETER T DUDLEY

# CITATION

| | |
|---|---|
| SHARMAINE MALLET, ET AL | FIFTEENTH JUDICIAL DISTRICT COURT |
| VS | DOCKET NUMBER: C-20191330 I |
| JASON JEANS, ET AL | PARISH OF LAFAYETTE, LOUISIANA |

STATE OF LOUISIANA

TO:   OFFICER JASON JEANS
      THROUGH HIS PLACE OF EMPLOYMENT:
      CARENCRO POLICE DEPARTMENT
      110 CENTENNIAL DRIVE
      CARENCRO,  LA 70520

                           of the Parish of LAFAYETTE

     You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits).  You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof.  Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
     Witness the Honorable Judges of said Court, this MARCH 6, 2019.

                                                _M Cloteaux_
                                         Deputy Clerk of Court
                                         Lafayette Parish

   **Additionally, you are hereby served with the following attached documents and ordered to comply with same:**

**PETITION FOR DAMAGES, INTERROGATORIES AND REQUESTS FOR PRODUCTION, VERIFICATIONS & REQUEST FOR NOTICE**

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____   TIME: _____

SERVED: _____

PERSONAL ( ) _____

DOMICILIARY ( ) ON _____

UNABLE TO LOCATE    MOVED ( )    NO SUCH ADDRESS ( )

OTHER REASON: _____

RECEIVED TOO LATE FOR SERVICE ( )

SERVICE OF WITHIN PAPERS

COSTS FEE $_____    MILEAGE $_____    TOTAL $_____

DEPUTY _____

RECEIVED
MAR 07 2019
Lafayette Parish
Sheriff Office

Lafayette Parish Clerk of Court
Filed This Day

MAR 1 9 2019

_Martina S Reaux_
Deputy Clerk of Court

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF'S OFFICE

DATE SERVED 03-08-19 0846 , 20

SERVED _____

PERSONAL ( )

DOMICILIARY ON ( )

DEPARTMENTAL ON X (Qaso

UNABLE TO LOCATE ( ) MOVED ( )

OTHER REASON FOR UTL

COST: SERVICE 30 MILEAGE 2 TOTAL 30

DEPUTY Martin Thomas 12465

124468



LAFPC.CV.54632468
cc_mjcloteaux

Ordered by Atty.: PETER T DUDLEY

# CITATION

| | |
|---|---|
| SHARMAINE MALLET, ET AL | FIFTEENTH JUDICIAL DISTRICT COURT |
| VS | DOCKET NUMBER: C-20191330 I |
| JASON JEANS, ET AL | PARISH OF LAFAYETTE, LOUISIANA |

**STATE OF LOUISIANA**

TO:   OFFICER LOGAN DUPLECHIEN
      THROUGH HIS PLACE OF EMPLOYMENT:
      CARENCRO POLICE DEPARTMENT
      110 CENTENNIAL DRIVE
      CARENCRO, LA 70520

                    of the Parish of LAFAYETTE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

Witness the Honorable Judges of said Court, this MARCH 6, 2019.

                                        Deputy Clerk of Court
                                        Lafayette Parish

**\*Additionally, you are hereby served with the following attached documents and ordered to comply with same:**

**PETITION FOR DAMAGES, INTERROGATORIES AND REQUESTS FOR PRODUCTION, VERIFICATIONS & REQUEST FOR NOTICE**

---

                    SHERIFF'S RETURN
                LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20____   TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE        MOVED ( )        NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____   MILEAGE $_____
DEPUTY _____

RECEIVED
MAR 07 2019
Lafayette Parish
Sheriff Office

Lafayette Parish Clerk of Court
TOTAL Filed This Day
MAR 1 9 2019

                                        Deputy Clerk of Court

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF'S OFFICE

DATE SERVED 3/8/19        0848       , 20_____
SERVED _____
PERSONAL ( ) _____
DOMICILIARY ON ( ) _____
DEPARTMENTAL ON ⊗ _____
UNABLE TO LOCATE ( ) MOVED ( ) _____
OTHER REASON FOR UTL _____
COST: SERVICE 30 MILEAGE 0 TOTAL 30
DEPUTY Marta Thomas  12468