UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

SHARMAINE MALLET CIVIL ACTION NO. 6:19-cv-00427
ON BEHALF OF HER MINOR
CHILD, B.M.

VERSUS JUDGE SUMMERHAYS

OFFICER JASON GEANS, ET AL. MAGISTRATE JUDGE HANNA

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the defendants' motion to dismiss for failure to join a party under Fed. R. Civ. P. 19 (Rec. Doc. 6) is DENIED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the defendants' motion for joinder and for consolidation (Rec. Doc. 17) is GRANTED IN PART and DENIED IN PART. More particularly, the motion is granted to the extent that the defendants seek to have Kateland Anderson (on behalf of her minor child N.M., Jr.) joined as a plaintiff in this lawsuit, but it is denied to the extent that

it seeks to have this lawsuit consolidated with the state-court action initiated by Ms. Anderson in the 15th Judicial District Court, Lafayette Parish, Louisiana.

Signed at Lafayette, Louisiana, this 9th day of October, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE