UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| SHARMAINE MALLET, ET AL | : |
| VERSUS | : CIVIL ACTION NO.: 6:19-CV-00427 |
| OFFICER JASON GEANS, ET AL | : JUDGE SUMMERHAYS, <br> MAG. JUDGE HANNA |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

ORDER

Considering the foregoing Joint Motion for Partial Dismissal;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the complaint of Kateland Anderson, on behalf of her minor child, Nathaniel McCoy, Jr., in the above entitled and numbered cause be, and it is hereby dismissed with full prejudice to all rights of all parties.

THUS DONE AND SIGNED at Lafayette, Louisiana, on this 1st day of July, 2022.

_____
JUDGE